UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIVAN SHA'ARABANY<br>By and through its Administrator<br>Karen Goldstein | :<br>:<br>:<br>: |
| and | : |
| KAREN GOLDSTEIN | :<br>: |
| and | :<br>: |
| RAZ SHA'ARABANY | : Civil Action No.1:25-cv-2490-RCL |
| and | :<br>: |
| NIMROD ARNIN | :<br>: |
| and | :<br>: |
| OFER ARNIN | :<br>: |
| and | :<br>: |
| ESTATE OF AVRAHAM HANKIN<br>By and through its representative<br>Rebecca Goldstein Hankin | :<br>:<br>:<br>: |
| and | :<br>: |
| REBECCA GOLDSTEIN HANKIN | :<br>: |
| and | :<br>: |
| E.S.H.<br>By and through his legal guardian<br>Rebecca Goldstein Hankin | :<br>:<br>: |
| and | :<br>: |
| Y.H.<br>By and through her legal guardian<br>Rebecca Goldstein Hankin | :<br>:<br>:<br>: |

1

and                                                              :
                                                                 :
G.H.                                                             :
By and through his legal guardian                                :
Rebecca Goldstein Hankin                                         :
                                                                 :
and                                                              :
                                                                 :
T.H.                                                             :
By and through her legal guardian                                :
Rebecca Goldstein Hankin                                         :
                                                                 :
and                                                              :
                                                                 :
CARL STEVEN HANKIN                                               :
                                                                 :
and                                                              :
                                                                 :
YAFFA HANKIN                                                     :
                                                                 :
and                                                              :
                                                                 :
MOSHE SHALOM HANKIN                                              :
                                                                 :
and                                                              :
                                                                 :
RACHEL ETHEL HANKIN                                              :
                                                                 :
and                                                              :
                                                                 :
MIRIAM HANKIN                                                    :
                                                                 :
and                                                              :
                                                                 :
ESTATE OF ORI MORDECHAI SHANI                                    :
By and through its Administrator                                 :
Miriam Shani                                                     :
                                                                 :
and                                                              :
                                                                 :
R.S.                                                             ;
By and through his legal guardian                                :
Miriam Shani                                                     :
                                                                 :
and                                                              :
                                                                 :

| | |
|---|---|
| SHULAMIT SHANI | : |
| | : |
| and | : |
| | : |
| YEHOSHUA SHANI | : |
| | : |
| and | : |
| | : |
| ELIYAHU YISHAI SHANI | : |
| | : |
| and | : |
| | : |
| MALACHI SHANI | : |
| | : |
| and | : |
| | : |
| RINAT BAT ZION GOLDSTEIN | : |
| | : |
| and | : |
| | : |
| ELISHA SHANI | : |
| | : |
| and | : |
| | : |
| ZOFIYA ZAGURI | : |
| | : |
| and | : |
| | : |
| ESTATE OF BEN ZUSSMAN<br>By and through its Administrator<br>Steven Zvi Zussman | : |
| | : |
| and | : |
| | : |
| STEVEN TZVI ZUSSMAN | : |
| | : |
| and | : |
| | : |
| MIKA ZUSSMAN | : |
| | : |
| and | : |
| | : |
| BOAZ ZUSSMAN | : |
| | : |
| and | : |
| | : |

ESTATE OF NAFTALI GORDON :
By and through its representative :
Pesia Roth Gordon :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
PESIA ROTH GORDON :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
L.M.G. :
By and through her legal guardian :
Pesia Roth Gordon :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
G.T.G. :
By and through her legal guardian :
Pesia Roth Gordon :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
BEATRICE MIRIAM GORDON :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
DANIEL YIGAL GORDON :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
JACOB JOSHUA GORDON :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
SARAH AHUVA GORDON :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
SHIRA GORDON POSNER :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:
RIVKA ZIONA GORDON RUSH :
　　　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　　　:

4

| | |
|---|---|
| DEVORA SHOSHANA GORDON | : |
| and | : |
| M.H.<br>By and through her legal guardians<br>Mordechai and Tova Horowitz | : |
| and | : |
| MORDECHAI HOROWITZ | : |
| and | : |
| TOVA HOROWITZ | : |
| and | : |
| LILACH NAFTALYAHU | : |
| and | : |
| DRORA WIZNER | : |
| and | : |
| ADELE RAEMER | : |
| and | : |
| ADAM LEVY | : |
| and | : |
| MECHEL FENDEL | : |
| and | : |
| DAVID FENDEL | : |
| and | : |
| BINYAMIN BEZALEL FENDEL | : |
| and | : |

| | |
|---|---|
| GEDALYA FENDEL | : |
| | : |
| and | : |
| | : |
| MERAV SARA FENDEL | : |
| | : |
| and | : |
| | : |
| A.Z.F.<br>by and through her legal guardians<br>Gedalya and Merav Fendel | :<br>:<br>: |
| | : |
| and | : |
| | : |
| BRACHA F. VAKNIN | : |
| | : |
| and | : |
| | : |
| SHILO VAKNIN | : |
| | : |
| and | : |
| | : |
| E.V.<br>by and through her legal guardian<br>Bracha F. Vaknin | :<br>:<br>: |
| | : |
| and | : |
| | : |
| M.V.<br>by and through his legal guardian<br>Bracha F. Vaknin | :<br>:<br>: |
| | : |
| and | : |
| | : |
| S.V.<br>by and through her legal guardian<br>Bracha F. Vaknin | :<br>:<br>: |
| | : |
| and | : |
| | : |
| A.V.<br>by and through her legal guardian<br>Bracha F. Vaknin | :<br>:<br>: |
| | : |
| and | : |
| | : |

6

| | |
|---|---|
| K.V.<br>by and through her legal guardian<br>Bracha F. Vaknin | : |
| | : |
| and | : |
| | : |
| Ak.V.<br>by and through her legal guardian<br>Bracha F. Vaknin | : |
| | : |
| and | : |
| | : |
| MICHAL HALEV | : |
| | : |
| and | : |
| | : |
| NAOMI PETEL ADLER | : |
| | : |
| and | : |
| | : |
| E.P.A.<br>by and through their legal guardian<br>Naomi Petel Adler | : |
| | : |
| and | : |
| | : |
| N.A.<br>by and through their legal guardian<br>Naomi Petel Adler | : |
| | : |
| and | : |
| | : |
| A.C.A.<br>by and through their legal guardian<br>Naomi Petel Adler | : |
| | : |
| and | : |
| | : |
| GENADI BARZMAN | : |
| | : |
| and | : |
| | : |
| NAOMI SHAYA | : |
| | : |
| and | : |
| | : |

IDDO COHEN                          :
                                    :
and                                 :
                                    :
GIL KAPELUK                         :
                                    :
and                                 :
                                    :
HOWARD LOEWENSTERN                  :
                                    :
and                                 :
                                    :
SHARON LOEWENSTERN                  :
                                    :
and                                 :
                                    :
YAKIR LOEWENSTERN                   :
                                    :
and                                 :
                                    :
DAVID LOEWENSTERN                   :
                                    :
and                                 :
                                    :
NOAM LOEWENSTERN                    :
                                    :
and                                 :
                                    :
YECHIEL LOEWENSTERN                 :
                                    :
and                                 :
                                    :
YOCHEVED LOEWENSTERN                :
                                    :
and                                 :
                                    :
ESTATE OF GIORA DUVDEVANI           :
By and through its representative,  :
Margaret Duvdevani                  :
                                    :
and                                 :
                                    :
MARGARET DUVDEVANI                  :
                                    :
and                                 :
                                    :

| | |
|---|---|
| MICHAEL LOUIS DUVDEVANI | : |
| | : |
| and | : |
| | : |
| DANIEL DUVDEVANI | : |
| | : |
| and | : |
| | : |
| JEREMY DUVDEVANI | : |
| | : |
| and | : |
| | : |
| GILAD SHILOH ALBOHER | : |
| | : |
| and | : |
| | : |
| OZ AVRAHAM OLBOHER | : |
| | : |
| and | : |
| | : |
| ADIN GESS | : |
| | : |
| and | : |
| | : |
| E.G. by and through his legal guardian Adin Gess | : |
| | : |
| and | : |
| | : |
| N.G. by and through his legal guardian Adin Gess | : |
| | : |
| and | : |
| | : |
| Y.G. by and through his legal guardian Adin Gess | : |
| | : |
| and | : |
| | : |
| NOACH NEWMAN | : |
| | : |
| and | : |
| | : |

9

| | |
|---|---|
| GAVRIEL NEWMAN | : |
| | : |
| and | : |
| | : |
| DVIR NEWMAN | : |
| | : |
| and | : |
| | : |
| BATYA SPREI | : |
| | : |
| and | : |
| | : |
| SHAKED KOGAN | : |
| | : |
| and | : |
| | : |
| O.K. by and through their legal guardian Shaked Kogan | : |
| | : |
| and | : |
| | : |
| S.K. by and through their legal guardian Shaked Kogan | : |
| | : |
| and | : |
| | : |
| N.M.K. by and through their legal guardian Shaked Kogan | : |
| | : |
| and | : |
| | : |
| SAAR AXELRAD | : |
| | : |
| and | : |
| | : |
| JOSEF AXELRAD | : |
| | : |
| and | : |
| | : |
| ESTHER AXELRAD | : |
| | : |
| and | : |
| | : |

10

| | |
|---|---|
| SMADAR HAYMOVICH | : |
| | : |
| and | : |
| | : |
| D.A., a Minor<br>By and Through His Parent and Guardian<br>Saar Axelrad | : |
| | : |
| and | : |
| | : |
| ISAAC BLUTH | ; |
| | : |
| and | : |
| | : |
| N.B.<br>by and through his legal guardians<br>Isaac and Roni Bluth | : |
| | : |
| and | : |
| | : |
| D.B.<br>by and through his legal guardians<br>Isaac and Roni Bluth | : |
| | : |
| and | : |
| | : |
| I.B.<br>by and through his legal guardians<br>Isaac and Roni Bluth | : |
| | : |
| and | : |
| | : |
| EPHRAIM BLUTH | : |
| | : |
| and | : |
| | : |
| ARYEH YEHUDA BLUTH | : |
| | : |
| and | : |
| | : |
| ABRAHAM AHARON BLUTH | : |
| | : |
| and | : |
| | : |
| CHANINA SAMUEL BLUTH | : |
| | : |

| | |
|---|---|
| and | : |
| | : |
| TSIPORA BLUTH-REICHER | : |
| | : |
| and | : |
| | : |
| JOSEPH SHIMSHON BLUTH | : |
| | : |
| and | : |
| | : |
| NETHANIEL BLUTH | : |
| | : |
| and | : |
| | : |
| YIGAL AMICHAI BLUTH | : |
| | : |
| and | : |
| | : |
| JUDITH RAANAN | : |
| | : |
| and | : |
| | : |
| NATALIE RAANAN | : |
| | : |
| and | : |
| | : |
| URI RAANAN | : |
| | : |
| and | : |
| | : |
| ESTATE OF ARNON BENVENISTE<br>By and through his representative<br>Vered Vaspi-Tsabari Benveniste | : |
| | : |
| and | : |
| | : |
| VERED VASPI-TSABARI BENVENISTE | : |
| | : |
| and | : |
| | : |
| YOSEF YITZCHAK BENVENISTE | : |
| | : |
| and | : |
| | : |
| CHAYA MUSHKA BENVENISTE | : |
| | : |

and                                              :
                                                 :
RACHEL OHNONA                                    :
                                                 :
and                                              :
                                                 :
JEFFREY LUDMIR                                   :
                                                 :
and                                              :
                                                 :
ADI RUTH BOSI                                    :
                                                 :
and                                              :
                                                 :
D.E.B.                                           :
by and through their legal guardians             :
Adi Bosi and Dorian Bosi
                                                 :
and                                              :
                                                 :
S.H.B.                                           :
by and through their legal guardians             :
Adi Bosi and Dorian Bosi
                                                 :
and                                              :
                                                 :
DEBORAH BEN ADERET                               :
                                                 :
and                                              :
                                                 :
L.B.                                             :
by and through their legal guardians             :
Deborah Ben Aderet and Yosef Ben Aderet
                                                 :
and                                              :
                                                 :
R.B.                                             :
by and through their legal guardians             :
Deborah Ben Aderet and Yosef Ben Aderet
                                                 :
and                                              :
                                                 :
NEVO SHOULIAN                                    :
                                                 :
and                                              :
                                                 :

| | |
|---|---|
| ELCHANAN YAIR SEGAL | : |
| | : |
| and | : |
| | : |
| N.Y.S., by and through their legal guardians Elchanan Yair Segal and Elysheva Segal | : |
| | : |
| and | : |
| | : |
| M.Y.S., by and through their legal guardians Elchanan Yair Segal and Elysheva Segal | : |
| | : |
| and | : |
| | : |
| R.Y.S., by and through their legal guardians Elchanan Yair Segal and Elysheva Segal | : |
| | : |
| and | : |
| | : |
| ESTATE OF SHACHAR DEBORAH TROEN MATHIAS By and through its representatives, Shir Tziporah Mathias, Shakked Sarah Mathias, and Rotem Eliyahu Mathias | : |
| | : |
| and | : |
| | : |
| ESTATE OF SHLOMI DAVID MATHIAS | : |
| | : |
| and | : |
| | : |
| SHAKKED SARAH MATHIAS | : |
| | : |
| and | : |
| | : |
| SHIR TZIPORAH MATHIAS | : |
| | : |
| and | : |
| | : |
| ROTEM ELIYAHU MATHIAS | : |
| | : |
| and | : |
| | : |
| ILAN TROEN | : |
| | : |
| and | : |

14

| | |
|---|---|
| CAROL TROEN | : |
| | : |
| and | : |
| | : |
| BAR YUVAL SHANI | : |
| | : |
| and | : |
| | : |
| ARON MILTON TROEN | : |
| | : |
| and | : |
| | : |
| SUSAN TROEN | : |
| | : |
| and | : |
| | : |
| JOSHUA WILLIAM TROEN | : |
| | : |
| and | : |
| | : |
| JUDAH TROEN | : |
| | : |
| and | : |
| | : |
| HADASSAH TROEN | : |
| | : |
| and | : |
| | : |
| ABRAHAM TROEN | : |
| | : |
| and | : |
| | : |
| THE ESTATE OF ARI FULD<br>By and through its representative Miriam Fuld | : |
| | : |
| and | : |
| | : |
| MIRIAM FULD | : |
| | : |
| and | : |
| | : |
| ELIEZER YAKIR FULD | : |
| | : |
| and | : |
| | : |

NAOMI FULD                          :
                                    :
and                                 :
                                    :
TAMAR FULD                          :
                                    :
and                                 :
                                    :
NATAN FULD                          :
                                    :
and                                 :
                                    :
HARVEY JONAS YONAH FULD             :
                                    :
and                                 :
                                    :
MARY ALICE FULD                     :
                                    :
and                                 :
                                    :
DANIEL YAAKOV FULD                  :
                                    :
and                                 :
                                    :
EYTAN FULD                          :
                                    :
and                                 :
                                    :
HILLEL CHAIM SHLOMO FULD            :
                                    :
and                                 :
                                    :
ANNE CHANA HENKIN                   :
                                    :
and                                 :
                                    :
ESTATE OF JUDAH HERZEL HENKIN       :
                                    :
and                                 :
                                    :
ADERET RIVKAH HENKIN STERN          :
                                    :
and                                 :
                                    :
ELIASHIR ELIJAH HENKIN              :
                                    :

and                                                  :
                                                     :
JACOB BECHOR-SHALOM HENKIN                           :
                                                     :
and                                                  :
                                                     :
JOSEPH GIL HENKIN                                    :
                                                     :
and                                                  :
                                                     :
TAAMA FREIDA HENKIN YAAKOVSON                        :
                                                     :
and                                                  :
                                                     :
DAVID RAMATI                                         :
                                                     :
and                                                  :
                                                     :
MARTA RAMATI                                         :
                                                     :
and                                                  :
                                                     :
ELISHEVA RAMAT FEDERMAN                              :
                                                     :
and                                                  :
                                                     :
SARA RAMATI URIEL                                    :
                                                     :
and                                                  :
                                                     :
TAMAR RAMATI MELAMED                                 :
                                                     :
and                                                  :
                                                     :
SAMUEL RAMATI                                        :
                                                     :
and                                                  :
                                                     :
AVITAL RAMATI NATAN                                  :
                                                     :
and                                                  :
                                                     :
LIORA RAMATI COHEN                                   :
                                                     :
and                                                  :
                                                     :

17

| | |
|---|---|
| RAY COOPER | : |
| | : |
| and | : |
| | : |
| ORA COOPER | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA) | : |
| | : |
| and | : |
| | : |
| FRIENDS OF UNRWA ASSOCIATION INC. d/b/a UNRWA USA NATIONAL COMMITTEE INC. | : |
| | : |
| Defendants. | : |

## AMENDED COMPLAINT

## NATURE OF THE ACTION

1.  Plaintiffs bring this Amended Complaint pursuant to 18 U.S.C. § 2333(d) of the Anti-Terrorism Act ("ATA"), 18 U.S.C. §§ 2331-2339D, against Defendants, the United Nations Relief and Works Agency for Palestine Refugees in the Near East ("UNRWA"), and the US-based charity it has used to raise money from private American donors, Friends of UNRWA Association Inc. d/b/a UNRWA USA National Committee Inc ("UNRWA USA"), which have collectively and collaboratively spent decades knowingly helping Harakat al-Muqawama al-Islamiyya a/k/a the Islamic Resistance Movement ("HAMAS"), Palestinian Islamic Jihad ("PIJ"), Popular Front for the Liberation of Palestine ("PFLP") and/or , HEZBOLLAH build up the necessary terror infrastructure and to recruit, indoctrinate, radicalize, train and/or compensate many of those who have carried out terrorist attacks throughout Israel.

2.  These terrorist attacks include the wave of brutal terrorist attacks both prior to and those launched on October 7, 2023 and continuing thereafter from Gaza and Lebanon involving

18