UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIVAN SHA'ARABANY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED NATIONS RELIEF AND WORKS )<br>AGENCY FOR PALESTINE REFUGEES IN )<br>THE NEAR EAST (UNRWA), et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 25-02490 (RCL) |

### [PROPOSED ORDER]

This matter having come before the Court on the parties Joint Motion and Stipulation as to Defendant UNWRA's Response to Plaintiffs' Amended Complaint and the Court having been so advised,

IT IS HEREBY ORDERED this the 25th day of Nov., 2025 that the parties Motion is GRANTED.

Defendant UNWRA shall file its Motion to Dismiss in response to the Plaintiffs' Amended Complaint on or before **January 7, 2026**; Plaintiffs shall Oppose said Motion to Dismiss by responsive pleading filed on or before **February 13, 2026**; Defendant UNWRA shall Reply to Plaintiffs' Opposition on or before **February 27, 2026**.

_____
ROYCE C. LAMBERTH
United States District Senior Judge