# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SHA'ARABANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATIONS RELIEF AND WORKS AGENCY FOR PALESTINE REFUGEES IN THE NEAR EAST (UNRWA), *et al.*, <br><br> Defendants. | Case No. 1:25-cv-02490-RCL <br><br> **Oral Argument Requested** |

## MOTION TO DISMISS THE COMPLAINT

Defendant United Nations Relief and Works Agency for Palestine Refugees in the Near East ("UNRWA"), by and through its undersigned counsel, hereby moves to dismiss the complaint filed by the Estate of Sha'Arabany, et al. ("Plaintiffs") for lack of subject matter jurisdiction, lack of personal jurisdiction, and insufficient service of process pursuant to 12(b)(1), (2), (4) and (5). This motion is based on Defendant UNRWA's Memorandum of Points and Authorities, filed concurrently herewith.

Dated: Washington, D.C.
January 7, 2026

Respectfully submitted,

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP

By: /s/ Kevin A. Meehan
Kevin A. Meehan (D.C. Bar No. 1613059)
Marwa Farag (D.C. Bar No. 90006158)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 452-7373
Fax: (202) 452-7333
kmeehan@curtis.com

*Attorneys for Defendant United Nations Relief and Works Agency for Palestine Refugees in the Near East*