## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SHA'ARABANY, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED NATIONS RELIEF AND WORKS AGENCY FOR PALESTINE REFUGEES IN THE NEAR EAST (UNRWA), *et al.*,<br><br>            Defendants. | Case No. 1:25-cv-02490-RCL |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant United Nations Relief and Works Agency for Palestine Refugees in the Near East's ("UNRWA") Motion to Dismiss the complaint filed by the Estate of Sha'Arabany, et al. ("Plaintiffs") for lack of subject matter jurisdiction, lack of personal jurisdiction, and insufficient service of process pursuant to 12(b)(1), (2), (4) and (5), it is hereby **ORDERED** that the Motion is **GRANTED** and the case is dismissed with prejudice.

**SO ORDERED.**

Dated: _____, 2026.

_____
HON. ROYCE C. LAMBERTH
United States District Judge