UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIVAN SHA'ARABANY, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED NATIONS RELIEF AND WORKS AGENCY FOR PALESTINE REFUGEES IN THE NEAR EAST, *et al.*,<br><br>*Defendants.* | No. 25-Civ-2490(RCL)<br><br>**Oral Argument Requested** |

## MOTION TO DISMISS

Defendant UNRWA USA National Committee, Inc. ("UNRWA USA"), by and through undersigned counsel, hereby moves to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion is based on Defendant UNRWA USA' Memorandum of Law filed herewith.

Dated: February 14, 2026

                                                      Respectfully submitted,

                                                      /s/ Joseph Pace
                                                      PACE FREEMAN LLP
                                                      30 Wall St, 8th Floor
                                                      New York, NY 10005
                                                      (917) 336-3948
                                                      joseph@pacefreeman.com

                                                      Maria LaHood
                                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                                      666 Broadway, 7th Floor
                                                      New York, NY 10012
                                                      (212) 614-6430
                                                      mlahood@ccrjustice.org