# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIVAN SHA'ARABANY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED NATIONS RELIEF AND WORKS AGENCY FOR PALESTINE REFUGEES IN THE NEAR EAST, *et al.*, <br><br> *Defendants.* | No. 25-Civ-2490(RCL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant UNRWA USA National Committee, Inc.'s ("UNRWA USA") Motion to Dismiss the Amended Complaint under Fed. R. Civ. P. 12(b)(6), it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is dismissed with prejudice.

**SO ORDERED.**

Dated: _____, 2026

_____
Royce C. Lamberth, USDJ

1