UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIVAN SHA'ARABANY, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED NATIONS RELIEF AND WORKS AGENCY FOR PALESTINE REFUGEES IN THE NEAR EAST, *et al.*,<br><br>*Defendants.* | No. 25-Civ-2490(RCL) |

**DEFENDANT UNRWA USA'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTIONS TO DISMISS AND FOR JUDICIAL NOTICE OUT OF TIME**

Defendant UNRWA USA respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1)(B) for leave to file its Motion to Dismiss (ECF No. 30) and Motion for Judicial Notice (ECF No. 31) out of time.

On January 2, 2026, the Court granted the parties' proposed briefing schedule, which set Friday, February 13, 2026 as the deadline for Defendant UNRWA USA to file its Motion to Dismiss. Due to a computer crash, undersigned counsel was only able to upload the Motion to Dismiss and the accompanying Motion for Judicial Notice on Saturday morning at 12:38am and 1:02am, respectively. No party has been prejudiced by this minimal delay. Plaintiffs' counsel has advised that they do not oppose the instant motion.

Dated: February 16, 2026

                                            Respectfully submitted,

                                            /s/ Joseph Pace
                                            PACE FREEMAN LLP
                                            30 Wall St, 8th Floor
                                            New York, NY 10005
                                            (917) 336-3948
                                            joseph@pacefreeman.com