UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIVAN SHA'ARABANY, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>UNITED NATIONS RELIEF AND WORKS AGENCY FOR PALESTINE REFUGEES IN THE NEAR EAST, *et al.*,<br><br>　　　　　　*Defendants*. | No. 25-Civ-2490(RCL) |

### [PROPOSED] ORDER

Upon consideration of Defendant UNRWA USA's unopposed motion for leave to file the Motion to Dismiss and Motion for Judicial Notice out of time, it is hereby

**ORDERED** that the motion is granted.

Dated: February ___, 2026

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Royce C. Lamberth, USDJ