IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIVAN SHA'ARABANY, et al. : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. 1:25-cv-02490-RCL |
| v. : | |
| : | |
| UNITED NATIONS RELIEF AND WORKS : | |
| AGENCY FOR PALESTINE REFUGEES IN : | |
| THE NEAR EAST (UNRWA), et al. : | |
| : | |
| Defendants. : | |
| ……………………………………………………: | |

**DECLARATION OF JOSEPH H. TIPOGRAPH
IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANT UNRWA'S MOTIONS TO DISMISS**

I, Joseph H. Tipograph, declare as follows:

1. I am an attorney admitted to practice before this Court and counsel of record for Plaintiffs in this action, *Estate of Sivan Sha'arabany, et al. v. United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA), et al.*, Civil Action No. 1:25-cv-02490-RCL. I make this declaration based upon my personal knowledge and review of the materials described herein and in connection with Plaintiffs' Memorandum of Law in Opposition to Defendant UNRWA'S Motion to Dismiss. D.E. 29.

2. The documents submitted as Exhibits 1 through 5 to Plaintiffs' Memorandum of Law in Opposition to Defendant UNRWA's Motion to Dismiss are true and correct copies of the documents as obtained, accessed, or compiled as described below. DE. 29

3. Exhibit 1 is a true and correct copy of *Independent Review of Mechanisms and Procedures to Ensure Adherence by UNRWA to the Humanitarian Principle of Neutrality* (Apr. 22,

2024) a publicly-available document downloaded from the official website of Defendant UNRWA. D.E. 29-1.

4. Exhibit 2 is a true and correct copy of Brief for the United States as Amicus Curiae, *Estate of Tamar Kedem Siman Tov, et al. v. United Nations Relief & Works Agency for Palestine Refugees in the Near East*, No. 25-2837, Dkt. 37.1 (2d Cir. Jan. 29, 2026), a publicly-available document obtained through PACER. D.E. 29-2.

5. Exhibit 3 consists of true and correct screenshots of a representative sample of archived capture pages ("Captures") reflecting access attempts to the UNRWA webpage titled "Members of the Advisory Commission," located at: https://www.unrwa.org/who-we-are/advisory-commission/members-advisory-commission, as accessed by me through the Internet Archive's Wayback Machine at https://web.archive.org, for every archived Capture available over the time period between September 28, 2023 and the date of filing, February 13, 2026.  Having reviewed all such Captures within the relevant time period, I attest that the September 28, 2023 Capture is the most recent capture of the page that displays the actual archived webpage content.  D.E. 29-3 at 7-8.  The remaining Captures included in Exhibit 3 reflect three different types of error messages that appear instead of the archived webpage content for each available Capture after September 28, 2023 though the date of filing.  *Id.*

6. Exhibit 4 consists of Appendices A through D. Appendices A through C include excerpts from publicly-available United Nations documents concerning governance, organizational structure, and immunities. Appendix D contains a summary chart prepared by counsel for Plaintiffs based on those publicly-available sources. D.E. 29-4.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Dated: February 17, 2026          Respectfully Submitted,

                                            HEIDEMAN NUDELMAN & KALIK P.C.

By:    */s/ Joseph H. Tipograph*
       Richard D. Heideman (No. 377462)
       Noel J. Nudelman (No. 449969)
       Tracy Reichman Kalik (No. 462055)
       Joseph H. Tipograph (No.997533)
       HEIDEMAN NUDELMAN & KALIK, PC
       5335 Wisconsin Avenue, NW; Suite 440
       Washington, DC 20015
       Telephone: 202.463.1818
       Facsimile: 202.463.2999