(/en)

united nations relief and works agency
for palestine refugees in the near east

DΛ%ΛϜ%DΛ%Bl-
A%DΛ%Aʌ-

DONATE
(HTTPS://DONATE.UNRWA.ORG/INT/EN/GENERAL)

# STATEMENT FROM UNRWA CG - THE GAZA STRIP: FUEL IS RUNNING OUT, WITHOUT FUEL, HUMANITARIAN RESPONSE WILL STOP

22 October 2023

## NO FUEL DELIVERED ON THE FIRST HUMANITARIAN CONVOY

## STATEMENT FROM UNRWA COMMISSIONER-GENERAL  PHILIPPE LAZZARINI

**AMMAN -**

"In three days, UNRWA will run out of fuel, critical for our humanitarian response across the Gaza Strip.

"Without fuel, there will be no water, no functioning hospitals and bakeries. Without fuel, aid will not reach those in desperate need. Without fuel, there will be no humanitarian assistance.

"No fuel will further strangle the children, women and people of Gaza.

"UNRWA is the largest humanitarian actor in the Gaza Strip. Without fuel, we will fail the people of Gaza whose needs are growing by the hour, under our watch. This cannot and should not happen.

"I call on all parties and those with influence over them to immediately allow fuel supplies into the Gaza Strip and to ensure that fuel is strictly used to prevent a collapse of the humanitarian response.

"UNRWA is currently hosting more than half a million people out of nearly 1 million displaced across the Gaza Strip.

"I welcome yesterday's convoy into Gaza, the first in two weeks of a very tight siege impacting 2 million people. It is, however, far from enough. To be meaningful, Gaza needs an uninterrupted and scaled up humanitarian supply line."

**ENDs-**

# united nations relief and works agency for palestine refugees in the near east

(/en)

Background Information.

**DONATE (HTTPS://DONATE.UNRWA.ORG/INT/EN/GENERAL)**

DA%AF%DA%BI-
A%DA%AA-

UNRWA (https://eur02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.unrwa.org%2F&data=05%7C01%7CHQ
PIO%40UNRWA.ORG%7C7edfcbc8399c400e4a6c08dafba2254d%7C262f6a4120e941408d3efdf
the United Nations Relief and Works Agency for Palestine Refugees in the Near East. The
United Nations General Assembly established UNRWA in 1949 with a mandate to provide
humanitarian assistance and protection to registered Palestine refugees in the Agency's
area of operations pending a just and lasting solution to their plight.

UNRWA operates in the West Bank, including East Jerusalem, The Gaza Strip, Jordan,
Lebanon and Syria.

Tens of thousands of Palestine refugees who lost their homes and livelihoods due to the
1948 conflict continue to be displaced and in need of support, nearly 75 years on.

UNRWA helps Palestine Refugees achieve their full potential in human development
through quality services it provides in education, health care, relief and social services,
protection, camp infrastructure and improvement, microfinance, and emergency
assistance. UNRWA is funded almost entirely by voluntary contributions.

**DONATE TO UNRWA  (HTTPS://DONATE.UNRWA.ORG/-LANDING-
PAGE/EN_EN)**

**FOR MORE INFORMATION, PLEASE CONTACT:**

united nations relief and works agency
for palestine refugees in the near east

DΛ%ΑF%DΛ%ΒI-
Α%DΛ%ΑΛ-

DONATE
(HTTPS://DONATE.UNRWA.ORG/INT/EN/GENERAL)



(https://donate.unrwa.org/b?
cid=4&lang=en_EN&utm_source=website&utm_medium=website&utm_campaign=

**DONATE (HTTPS://DONATE.UNRWA.ORG/B?
CID=4&LANG=EN_EN&UTM_SOURCE=WEBSITE&UTM_MEDIUM=WEB**

# SUBSCRIBE TO THE UNRWA MAILING LIST

Sign up below to receive the latest news and updates
about our work with Palestine refugees across the
Middle East.

Email Address

First Name

DΛ%ΑF%DΛ%ΒΙ-
Λ%DΛ%ΑΛ-

united nations relief and works agency for palestine refugees in the near east (/en)

DONATE (HTTPS://DONATE.UNRWA.ORG/INT/EN/GENERAL)

Last Name

PALESTINE ∨

Interested in Supporting ∨

SIGN UP

## Follow Us

United Nations Relief and Works Agency for Palestine Refugees in the Near East

Copyright© United Nations Relief and Works Agency for Palestine Refugees in the Near East