# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF SIVAN SHA'ARABANY, et al.　　:

　　　　　　　　　　　　　　　　　　　:

Plaintiffs　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:　Civil Action No. 1:25-cv-02490-RCL

　　　　v.　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:

UNITED NATIONS RELIEF AND WORKS　　　:

AGENCY FOR PALESTINE REFUGEES IN　　　:

THE NEAR EAST (UNRWA), et al.　　　　　:

　　　　　　　　　　　　　　　　　　　:

　　　　　Defendants.　　　　　　　　　:

………………………………………………………:

## [TENDERED] ORDER

This matter having come before the Court on Plaintiffs' Motion for Leave to File Sur-Reply to Defendant UNWRA's Reply, and the Court having been sufficiently advised, it is hereby ORDERED that:

(a) Plaintiffs' Motion is GRANTED; and

(b) Plaintiffs' Sur-Reply, attached as Exhibit A to the Motion, is accepted for filing.

It is SO ORDERED on this the ___day of _____, 2026.

_____
Hon. Royce C. Lamberth, USDC