**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF SHA'ARABANY, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED NATIONS RELIEF AND WORKS AGENCY FOR PALESTINE REFUGEES IN THE NEAR EAST (UNRWA), *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-02490-RCL |

## <u>DEFENDANT UNRWA'S MOTION FOR ADDITIONAL BRIEFING TO ADDRESS THE GOVERNMENT'S STATEMENT OF INTEREST</u>

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP

Kevin A. Meehan (D.C. Bar No. 1613059)
Robert Groot (D.C. Bar No. NY0700)
Marwa Farag (D.C. Bar No. 90006158)
Olivia J. Wang (D.C. Bar No. NY0709)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 452-7373
kmeehan@curtis.com
rgroot@curtis.com
mfarag@curtis.com
owang@curtis.com

*Attorneys for Defendant United Nations Relief and Works Agency for Palestine Refugees in the Near East*

Dated: Washington, D.C.
         April 7, 2026

Defendant United Nations Relief and Works Agency for Palestine Refugees in the Near East ("UNRWA") respectfully requests that the Court allow the parties to submit further briefing to address the U.S. Government's Statement of Interest dated April 3, 2026, ECF No. 46, which was filed after the close of briefing on UNRWA's Motion to Dismiss dated January 7, 2026. ECF No. 27. UNRWA would be prejudiced if it were denied a chance address the new arguments that the Government has raised.

UNRWA's counsel has conferred with Plaintiffs' counsel on this request, and the parties have agreed to propose the following briefing schedule, which includes time between briefs as necessary to accommodate counsels' respective deadlines in other matters:

- UNRWA's Response to the Government – April 20, 2026

- Plaintiffs' Response to UNRWA – May 20, 2026

- UNRWA's Reply to Plaintiffs – June 19, 2026

UNRWA respectfully requests that the Court approve this proposed briefing schedule. UNRWA reserves all rights, defenses, privileges and immunities and waives none.

- 2 -

Dated: Washington, D.C.
    April 7, 2026

Respectfully submitted,

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP

By:  */s/ Kevin A. Meehan*
Kevin A. Meehan (D.C. Bar No. 1613059)
Robert Groot (D.C. Bar No. NY0700)
Marwa Farag (D.C. Bar No. 90006158)
Olivia J. Wang (D.C Bar No. NY0709)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 452-7373
Fax: (202) 452-7333
kmeehan@curtis.com
rgroot@curtis.com
mfarag@curtis.com
owang@curtis.com

*Attorneys for Defendant United Nations*
*Relief and Works Agency for Palestine*
*Refugees in the Near East*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the ECF system and thereby served upon all counsel of record, including counsel for Plaintiffs.

__*/s/ Kevin A. Meehan*__
Kevin A. Meehan

Dated: April 7, 2026